B6C (Official Form 6C) (04/10)

IN RE Rice, Joshua D & Rice, Christy M                               Case No. **10-16228**
                     Debtor(s)                                                        (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Husband business checking account at Chase** | 11 USC § 522(d)(5) | 620.00 | 620.00 |
| **Seattle bank checking account ending in 0764** | 11 USC § 522(d)(5) | 115.00 | 115.00 |
| **Seattle Bank checking account ending in 0773** | 11 USC § 522(d)(5) | 160.00 | 160.00 |
| **Wife business checking acct at Seattle Bank** | 11 USC § 522(d)(5) | 722.00 | 722.00 |
| **2 personal computers, Onkyo stereo system, projection television, software games** | 11 USC § 522(d)(3) | 1,250.00 | 1,250.00 |
| **bed, couches, tables, kitchen appliances, miscellaneous household goods** | 11 USC § 522(d)(3) | 2,300.00 | 2,300.00 |
| **Various books, CDs, DVDs** | 11 USC § 522(d)(3) | 1,390.00 | 1,390.00 |
| **Various clothing** | 11 USC § 522(d)(3) | 3,245.00 | 3,245.00 |
| **10 pairs heirloom plate cufflinks** | 11 USC § 522(d)(4) | 50.00 | 50.00 |
| **Five watches** | 11 USC § 522(d)(4) | 120.00 | 120.00 |
| **Various other jewelry** | 11 USC § 522(d)(4) | 190.00 | 190.00 |
| **Wedding rings** | 11 USC § 522(d)(4) | 2,131.00 | 2,131.00 |
| **White gold 2mm band** | 11 USC § 522(d)(4) | 50.00 | 50.00 |
| **Variable universal life insurance** | 11 USC § 522(d)(8) | 11,500.00 | 11,500.00 |
| **Wife's variable life insurance policy** | 11 USC § 522(d)(8) | 5,400.00 | 5,400.00 |
| **Debtor's Roth IRA** | 11 USC § 522(d)(12) | 14,299.00 | 14,299.00 |
| **Joint debtor's Roth IRA** | 11 USC § 522(d)(12) | 18,079.00 | 18,079.00 |
| **1/3 interest in grandfather's trust (death in May) holding rental properties and stocks. No right to distributions/income until trustee decides. Will contest likely. Distributions not foreseen for at least 8-10 years.** | 11 USC § 522(d)(5)<br>11 USC § 522(d)(5) | 683.00<br>21,650.00 | 275,000.00 |
| **50% of computer, phone system, furniture for Farmers assistant** | 11 USC § 522(d)(6) | 950.00 | 950.00 |
| **Books** | 11 USC § 522(d)(6) | 200.00 | 200.00 |
| **Computer and Thinkpad** | 11 USC § 522(d)(6) | 300.00 | 300.00 |
| **iPhone, Blackberry** | 11 USC § 522(d)(6) | 400.00 | 400.00 |
| **Laser printer** | 11 USC § 522(d)(6) | 400.00 | 400.00 |
| **Miscellaeous office supplies** | 11 USC § 522(d)(6) | 100.00 | 100.00 |
| **Various office furniture** | 11 USC § 522(d)(6) | 670.00 | 670.00 |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.