David A. Gebben, Attorney At Law
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Ph. (206) 357-8456
Fax (206) 357-8401

THE HONORABLE MARC L. BARRECA
Chapter 7
Hearing Location: 700 Stewart Street, Room 7106
Seattle, WA 98101
HEARING DATE/TIME: OCTOBER 1, 2010, 9:30 A.M.
Response Date: September 24, 2010

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

JOSHUA D. RICE and CHRISTY M. RICE,
a married couple,

Debtors.

NO. 10-16228-MLB

TRUSTEE'S MOTION TO EXTEND THE DISCHARGE DEADLINE, WITH NOTICE OF HEARING

### NOTICE OF HEARING:

TO: JOSHUA D. RICE and CHRISTY M. RICE, debtors, AND TO: ORTIZ & VONDRA LAW FIRM, PLLC, their legal counsel:

PLEASE TAKE NOTICE that a hearing will be held before The Honorable Marc L. Barreca, in Room 7106 of the U.S. Courthouse, 700 Stewart St., Seattle, WA 98101 on: FRIDAY, OCTOBER 1, 2010 AT: 9:30 A.M. to consider the motion by Ronald G. Brown, the Chapter 7 trustee herein ("trustee"), which is set forth below. ANY RESPONSE(S) TO THE TRUSTEE'S MOTION MUST BE FILED IN WRITING with the Clerk of the Bankruptcy Court, either by ecf, or at: 700 Stewart Street, Room 6301, Seattle, WA 98101, and a copy of such response must be provided to the trustee's counsel, either by ecf, or at: David A. Gebben, Attorney At Law, 1700 Seventh Avenue, Suite 2100, Seattle, WA 98101, NO LATER THAN THE RESPONSE DATE, WHICH IS: FRIDAY, SEPTEMBER 24, 2010. If no response(s) are filed in a timely manner, the Court may, in its discretion, grant the trustee's motion prior to the scheduled hearing, and strike the hearing on the same, without further notice.

TRUSTEE'S MOTION TO EXTEND THE
DISCHARGE DEADLINE, WITH NOTICE OF HEARING      -1-

DAVID A. GEBBEN,
ATTORNEY AT LAW
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

## MOTION:

RONALD G. BROWN, TRUSTEE, the Chapter 7 trustee herein ("trustee"), by and through his counsel, David A. Gebben, Attorney At Law, hereby moves this Court, pursuant to Bankruptcy Rules 4004(b) and 9013, for an order extending the deadline for interested parties to file objection(s) to the debtor(s)' discharge for a period of 90 days, i.e. from 9-7-10 until 12-6-10, and in support thereof the trustee states as follows:

1. This case was filed as a Chapter 7 on 5-28-10, and Ronald G. Brown was appointed to serve as the trustee. The trustee is currently investigating possible discharge issue(s) in this case related to the apparent failure by the debtor(s) to list valuable asset(s) on their original Chapter 7 Schedules, including an interest in accounts receivable in the form of insurance renewal commissions, which were not listed on the original schedules, and an interest in the contract value of Mr. Rice's insurance business. At this point, the trustee has not yet received all of the information and data that may be relevant to a determination by the trustee as to whether or not an action to deny the debtor(s)' discharge should be filed. For example, the trustee has asked legal counsel for Farmers Insurance to provide the trustee with additional information on the insurance asset(s) and contract(s) that Mr. Rice held an interest in at the time of filing, and the trustee has not yet received all of that information. Thus, the trustee needs additional information before he can make a reasonable determination as to whether or not a discharge action should be filed, and the trustee needs a reasonable extension of time, such as 90 days, to gather that information.

2. The deadline for interested parties to file objection(s) to the debtor(s)' discharge is currently set to expire on 9-7-10. However the trustee, and other parties with an interest in this Chapter 7 case, have not yet had a reasonable opportunity to investigate all of the potential discharge issue(s) in this case. Consequently, the trustee hereby requests that the deadline for the trustee, and for other interested parties, to file objection(s) to the debtor(s)' discharge should be extended for a period of 90 days past the date of the original deadline, or until 12-6-10. Under BR 4004(b), the aforementioned deadline may be extended for cause, after notice and hearing.

TRUSTEE'S MOTION TO EXTEND THE
DISCHARGE DEADLINE, WITH NOTICE OF HEARING     -2-

**DAVID A. GEBBEN,
ATTORNEY AT LAW**
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

WHEREFORE, the trustee prays for entry of an order in this matter in the form of the proposed order which is attached hereto.

Dated this ___*3rd*___ day of September, 2010.

David A. Gebben, Attorney At Law

____*/S/ David A. Gebben*_____
By: David A. Gebben, WSBA #16290
Counsel to the trustee

TRUSTEE'S MOTION TO EXTEND THE
DISCHARGE DEADLINE, WITH NOTICE OF HEARING    -3-

**DAVID A. GEBBEN,
ATTORNEY AT LAW**
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401